**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIANGELA M. HINRICHS,<br><br>                 Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Commissioner<br>of the Social Security<br>Administration,<br><br>                 Defendant. | Case No. EDCV 13-1256 SS<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the decision of the Commissioner is
AFFIRMED and that the above-captioned action is dismissed with
prejudice.


DATED:  September 29, 2014

                              _____/S/_____
                              SUZANNE H. SEGAL
                              UNITED STATES MAGISTRATE JUDGE